IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHRISTIE S., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, Administration <br><br> Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 2:18-cv-397 <br><br> Chief Judge Robert J. Shelby <br><br> Magistrate Judge Cecilia M. Romero |

The undersigned referred this case to Magistrate Judge Brooke C. Wells pursuant to 28 U.S.C. § 636(b)(1)(B),[1] and the case was reassigned to Magistrate Judge Cecilia M. Romero on June 11, 2019.[2] On August 27, 2019, Judge Romero issued a Report and Recommendation.[3] Judge Romero recommends the Commissioner of Social Security's decision denying Plaintiff's claim for disability insurance benefits under Title II of the Social Security Act be affirmed.[4] Neither party objects to Judge Romero's Report and Recommendation, so the court reviews the Report and Recommendation for clear error.[5]

Having carefully considered Judge Romero's Report and Recommendation, the court finds no clear error. The court therefore ADOPTS Judge Romero's Report and

---

[1] Dkt. 14.

[2] Dkt. 18.

[3] Dkt. 27.

[4] *Id.* at 9.

[5] *See* Fed. R. Civ. P. 72(b) advisory committee's note (1983) (citing *Campbell v. U.S. Dist. Court for N. Dist. of Cal.*, 501 F.2d 196, 206 (9th Cir. 1974), *cert. denied*, 419 U.S. 879).

1

Recommendation[6] and DENIES Plaintiff's appeal.[7] The Clerk of Court is directed to close this case.

SO ORDERED this 12th day of September, 2019.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

---

[6] Dkt. 27.

[7] Dkt. 3.